# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL B. NISBET,<br><br>Defendant. | 17-PO-5220-JTJ<br><br>VIOLATION:<br>6026558<br><br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the warrant issued for VN 6026558 is QUASHED.

IT IS FURTHER ORDERED that VN 6026558 is DISMISSED.

DATED this 6th day of November, 2017.

_____
John Johnston
United States Magistrate Judge